200 U.S. 616, 26 S.Ct. 753

**COPPER RIVER MINING COMPANY, Petitioner, v. R. F. McCLELLAN et al.**

No. 504.

Supreme Court of the United States.

Jan. 2, 1906.

See same case below, 138 F. 333.

Messrs. Chas. H. Aldrich and W. B. Heyburn for petitioner.

Messrs. Frank D. Austin, John A. Carson, and Frederick DeCourcy Faust for respondent.

Denied.